LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
Jordan D. Cook (Bar No. 293394)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
T: (714) 540-1235 / F: (714) 755-8290
michele.johnson@lw.com
jordan.cook@lw.com

Colleen C. Smith (Bar No. 231216)
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400 / F: (858) 523-5450
colleen.smith@lw.com

*Attorneys for Plaintiff Masimo Corporation*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MASIMO CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>POLITAN CAPITAL MANAGEMENT LP, POLITAN CAPITAL MANAGEMENT GP LLC, POLITAN CAPITAL PARTNERS GP LLC, POLITAN CAPITAL NY LLC, POLITAN INTERMEDIATE LTD., POLITAN CAPITAL PARTNERS MASTER FUND LP, POLITAN CAPITAL PARTNERS LP, POLITAN CAPITAL OFFSHORE PARTNERS LP, QUENTIN KOFFEY, MICHELLE BRENNAN, MATTHEW HALL, AARON KAPITO, WILLIAM JELLISON, DARLENE SOLOMON,<br><br>Defendants. | Civil Action No. 8:24-cv-01568-JVS-JDE<br><br>**DECLARATION OF COLLEEN C. SMITH IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND *EX PARTE* APPLICATION FOR EXPEDITED DISCOVERY**<br><br>Hearing Date: September 9, 2024<br>Time: 1:30 PM<br>Courtroom: 10C<br><br>Honorable James V. Selna |

**DECLARATION OF COLLEEN C. SMITH**

I, Colleen C. Smith, hereby state and declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, counsel for Plaintiff in the above-captioned action. I make this declaration in support of Plaintiff's Motion for Preliminary Injunction and *Ex Parte* Application for Expedited Discovery. I have personal knowledge of the facts stated herein, and, if called to testify as a witness, I could and would testify competently thereto.

2. On July 15, 2024, Plaintiff filed the Complaint in the above-captioned action. Dkt. No. 1.

3. It is my understanding that Defendants Politan Capital Management LP, Politan Capital Management GP LLC, Politan Capital Partners GP LLC, Politan Capital NY LLC, Politan Intermediate Ltd., Politan Capital Partners Master Fund LP, Politan Capital Partners LP, and Politan Capital Offshore Partners LP (collectively, the "Politan Funds") have retained counsel for this action. Counsel's contact information is as follows:

Michael E. Swartz
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000
Michael.swartz@srz.com

4. Consistent with Local Rule 7-19.1, on July 18, 2024, I spoke by telephone with Mr. Swartz, who confirmed that he is serving as counsel for the Politan Funds in this matter. I informed Mr. Swartz that Masimo intended to file a motion for preliminary injunction and an *ex parte* application seeking expedition on the motion and expedited discovery during the evening of July 18, 2024 or not later than July 19, 2024 at 10:00am PT and of the basic substance of the application. Mr. Swartz indicated his clients would oppose any expedited

discovery, and that he would provide a position on expedited briefing at a later time after conferring with his client. Mr. Swartz also advised that he would revert shortly as to whether he will accept service for the individual defendants.

5. Attached hereto as **Exhibit 1** is a true and correct copy of the minutes of an August 4, 2023 meeting of the Audit Committee of the Board of Directors of Masimo Corporation.

6. Attached hereto as **Exhibit 2** is a true and correct copy of the minutes of a November 6, 2023 meeting of the Audit Committee of the Board of Directors of Masimo Corporation.

7. Attached hereto as **Exhibit 3** is a true and correct copy of the minutes of a February 27, 2024 meeting of the Board of Directors of Masimo Corporation.

8. Attached hereto as **Exhibit 4** is a true and correct copy of an image of a proposed term sheet presented by Quentin Koffey to Joe Kiani on January 30, 2024.

9. Attached hereto as **Exhibit 5** is a true and correct copy of the minutes of a February 13, 2024 meeting of the Board of Directors of Masimo Corporation.

10. Attached hereto as **Exhibit 7** is a true and correct copy of a chart depicting Masimo Corporation's stock trading prices between March 18, 2024 and March 25, 2024.

11. Attached hereto as **Exhibit 8** is a true and correct copy of a Politan press release titled "Politan Nominates Two Independent Candidates for Masimo Board," dated March 25, 2024.

12. Attached hereto as **Exhibit 10** is a true and correct copy of Politan's Preliminary Proxy Statement publicly filed with the SEC on Schedule 14A on June 3, 2024.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the Complaint filed in *McClellan v. Masimo Corporation*, 3:24-cv-00781-L-DEB (S.D. Cal.) on May 1, 2024.

14. Attached hereto as **Exhibit 12** is a true and correct copy of Politan's Definitive Proxy Statement publicly filed with the SEC on Schedule 14A on June 21, 2024.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a letter from Politan to Masimo Shareholders, dated June 26, 2024, and filed with the SEC on Schedule 14A on the same date.

16. Attached hereto as **Exhibit 14** is a true and correct copy of Politan's presentation to Masimo Shareholders titled "Masimo Urgently Needs a Truly Independent Board," dated June 2024.

17. Attached hereto as **Exhibit 15** is a true and correct copy of Politan's presentation to Masimo Shareholders titled "Correcting the Record," dated July 2024.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a letter from Politan to Masimo Shareholders, dated July 11, 2024, and filed with the SEC on Schedule 14A on the same date.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the Amended and Restated Employment Agreement between Masimo Corporation and Joe Kiani, dated November 4, 2015, and filed with the SEC as Exhibit 10.2 to Masimo Corporation's Form 10-K/A for the year ended December 30, 2023.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a letter from Politan to members of the Masimo Board of Directors, dated July 3, 2024, and filed with the SEC as Exhibit 99.12 to Politan's Schedule 14A on July 8, 2024.

21. Attached hereto as **Exhibit 19** is a true and correct copy of a letter from Politan to members of the Masimo Board of Directors, dated July 12, 2024, and filed with the SEC as Exhibit 99.13 to Politan's Schedule 13D on the same day.

22. Attached hereto as **Exhibit 20** is a true and correct copy of a Form 8-K filed by Masimo with the SEC on July 16, 2024.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the minutes of an April 30, 2024 meeting of the Board of Directors of Masimo Corporation.

24. Attached hereto as **Exhibit 22** is a true and correct copy of the minutes of a June 24, 2024 meeting of the Board of Directors of Masimo Corporation.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a proxy advisory report issued by Glass, Lewis & Co., dated July 11, 2024.

26. Attached hereto as **Exhibit 24** is a true and correct copy of a proxy advisory report issued by Institutional Shareholder Services Inc., dated July 15, 2024.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 18th day of July in Hilton Head Island, South Carolina.



Colleen C. Smith