UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-01568-JVS(JDEx) | Date | August 05, 2024 |
| Title | Masimo Corporation v. Politan Capital Management LP et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Michele Johnson, Robert Ellison | Bethany Kristovich, Michael Swartz |

**Proceedings:** **Hearing Re Defendant's Ex Parte Application to Compel Disclosure of Confidential Witness Identities [53]**

    Cause is called for hearing and counsel make their appearances. The Ex Parte Application is argued and taken under submission. A separate order to follow.

 

: 13

Initials of Preparer    eva