BETHANY W. KRISTOVICH (SBN 241891)
bethany.kristovich@mto.com
JOHN M. GILDERSLEEVE (SBN 284618)
john.gildersleeve@mto.com
JULIANA M. YEE (SBN 304564)
juliana.yee@mto.com
ANNE K. CONLEY (SBN 307952)
anne.conley@mto.com
JEREMY P. LEWIN (SBN 348788)
jeremy.lewin@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

MICHAEL E. SWARTZ *(pro hac vice)*
michael.swartz@srz.com
RANDALL T. ADAMS *(pro hac vice)*
randall.adams@srz.com
FRANK W. OLANDER *(pro hac vice)*
frank.olander@srz.com
MINJI REEM *(pro hac vice)*
minji.reem@srz.com
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 756-2000
Facsimile:  (212) 593-5955

Attorneys for Defendants

**DENIED**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>POLITAN CAPITAL MANAGEMENT LP et al.,<br><br>Defendants. | Case No. 8:24-cv-01568-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR AN ORDER TO EXTEND WORD LIMIT**<br><br>Judge:  Hon. James V. Selna<br>Crtrm.:  10C<br><br>Filed concurrently herewith:<br>(1) *Ex Parte* Application<br>(2) Declaration of Anne K. Conley |

Having considered the *Ex Parte* Application for an Order to Extend Word Limit filed by Defendants Politan Capital Management LP, Politan Capital Management GP LLC, Politan Capital Partners GP LLC, Politan Capital NY LLC, Politan Intermediate Ltd., Politan Capital Partners Master Fund LP, Politan Capital Partners LP, Politan Capital Offshore Partners LP, Quentin Koffey, Michelle Brennan, Matthew Hall, and Aaron Kapito (collectively, "Defendants"), and finding good cause therefor, the Court **GRANTS** the Application.

Defendants' new word limit for their Opposition to Plaintiff's Motion for a Preliminary Injunction is now 16,000 words.

| **Brief** | **Due Date** | **New Word Limit** |
|---|---|---|
| Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction | Friday, August 30, 2024 | 16,000 words |

**IT IS SO ORDERED**.

DATED: August 28, 2024

**DENIED**
BY ORDER OF THE COURT
Hon. James V. Selna
United States District Judge

-1-
PROPOSED ORDER