# EXHIBIT 1

Message

| | |
|---|---|
| **From**: | Aaron Kapito [akapito@politanmgmt.com] |
| **Sent**: | 2/18/2022 8:36:58 AM |
| **To**: | Dan Murphy [dan.murphy@alphasights.com] |
| **CC**: | Haylee Mevorah [haylee.mevorah@alphasights.com] |
| **Subject**: | New Project / AlphaSights |

Hi Dan,
In addition to the existing projects, where we are still interested in calls, would like to start looking for sources who could speak to the noninvasive monitoring technologies industry, specifically Pulse Oximetry. The company we are looking at is Masimo (MASI). And just looking to understand the industry, competition, strengths, weaknesses, etc, the basics.
Thanks,
Aaron

NOTICE TO RECIPIENTS: This message may contain confidential, proprietary, or legally privileged information. No confidentiality or privilege is waived by any transmission to an unintended recipient. Delivery of this email or any of the information contained herein to anyone other than the recipient or his or her designated representative is unauthorized and any other use, reproduction, distribution or copying of this document or the information contained herein, in whole or in part, without the prior written consent of Politan Capital Management LP or its affiliates (collectively, "Politan Capital") is prohibited and may be unlawful. If you are not the intended recipient of this transmittal, you are hereby notified that you received this transmittal in error, and we request that you please delete and destroy all copies and attachments in your possession and notify the sender that you have received this communication in error. The information contained herein is the property of Politan Capital, prepared exclusively for its use. The information contained herein is not an advertisement and is not intended for public use or distribution. Politan Capital makes no representations or warranties, express or implied, with respect to the fairness, correctness, accuracy, reasonableness, or completeness of any of the information contained herein, and expressly disclaims any responsibility or liability therefor. The information presented herein should not be considered a recommendation to purchase or sell any particular security. Politan Capital is a service mark of Politan Capital Management LP, and is registered with the U.S. Patent and Trademark office. Politan Capital, a registered investment adviser with the U.S. Securities and Exchange Commission (the "SEC"), may archive and review outgoing and incoming email and may produce any email at the request of the SEC or other regulators.

POLITAN_0043439A