# EXHIBIT 3

Message

| | |
|---|---|
| **From:** | Aaron Kapito [akapito@politanmgmt.com] |
| **Sent:** | 3/17/2022 12:11:45 PM |
| **To:** | Gary Merer [gary.merer@alphasights.com] |
| **CC:** | Dan Murphy [dan.murphy@alphasights.com]; Haylee Mevorah [haylee.mevorah@alphasights.com] |
| **Subject:** | RE: New Project / AlphaSights |

Can we also look into: **Redacted**

**From:** Gary Merer <gary.merer@alphasights.com>
**Sent:** Thursday, March 17, 2022 12:02 PM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** Dan Murphy <dan.murphy@alphasights.com>; Haylee Mevorah <haylee.mevorah@alphasights.com>
**Subject:** Re: New Project / AlphaSights

Hi Aaron,
We have availability for **Redacted** below and a new profile to present.

Full List of Profiles Here

**Redacted**
**Masimo - Former Senior Vice President / Chief Hospital Officer**
2014 - May 2017
**Availability**
Timezone: United States/New York (EDT, GMT-04:00)
Fri 18 Mar: 12:00PM - 3:00PM, 4:00PM - 7:00PM
Schedule

**Redacted**
**Medtronic - Director Of Business Development & Licensing, Patient Monitoring**
Feb 2021 - Current

- Current Director Of Business Development & Licensing, Patient Monitoring at Medtronic since February 2021, with over 10 years of experience at Covidien and Medtronic
- Responsible for exploring external partnerships, new markets, licensing, M&A, and distribution for the patient monitoring unit on a global level
- Is familiar with Nellcor and looks for inorganic opportunities to support the business
- Notes that accuracy of products in more vulnerable patients such as pediatrics, neonatal, and the elderly creates differentiation in the space
- Names Masimo, Phillips, GE, Dräger, and Mindray as key competitors
- States that a key trend is around remote patient monitoring and providing more workflow support for clinicians and nurses
- Highlights that a challenge is getting hospitals to adopt more complex solutions for patient monitoring

**Availability**
Timezone: United States/New York (EDT, GMT-04:00)
Thu 17 Mar: 4:00PM - 6:00PM
Fri 18 Mar: 3:00PM - 5:00PM
Schedule

View Our Services

Best,
Gary

Gary Merer

**Associate, Client Service**
T: +1 929-378-4664 • M: +1 914-588-8331 • LinkedIn
350 Madison Ave, 12th Floor, New York, NY 10017, United States

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

On Thu, Mar 17, 2022 at 10:57 AM Gary Merer <gary.merer@alphasights.com> wrote:

> Hi Aaron,
> We have availability for [Redacted] below:
>
> Full List of Profiles Here
>
> **[Redacted]** RN, BSN
> **Masimo - Former Director, Corporate Accounts**
> Sep 2019 - Mar 2020
> **Availability**
> Timezone: United States/New York (EDT, GMT-04:00)
> Fri 18 Mar: 10:00AM - 1:00PM, 3:00PM - 5:00PM
> Mon 21 Mar: 1:00PM - 7:00PM
> Tue 22 Mar: 12:00PM - 8:00PM
> Wed 23 Mar: 10:00AM - 12:00PM, 2:00PM - 4:00PM, 6:00PM - 8:00PM
> Schedule
>
> View Our Services
>
> Best,
> Gary
> **Gary Merer**
> **Associate, Client Service**
> T: +1 929-378-4664 • M: +1 914-588-8331 • LinkedIn
> 350 Madison Ave, 12th Floor, New York, NY 10017, United States
>
> San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo
>
> This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.
>
> On Thu, Mar 17, 2022 at 10:04 AM Gary Merer <gary.merer@alphasights.com> wrote:
>
>> Hey Aaron,
>> I'm stepping in for Dan who's out the rest of the week. We caught [Redacted] and [Redacted] voicemail but will follow up with their updated schedules as soon as possible.
>>
>> Thank you,

Gary

**Gary Merer**
**Associate, Client Service**
T: +1 929-378-4664 • M: +1 914-588-8331 • LinkedIn
350 Madison Ave, 12th Floor, New York, NY 10017, United States

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

On Thu, Mar 17, 2022 at 9:34 AM Aaron Kapito <akapito@politanmgmt.com> wrote:

> Can we schedule a call with [Redacted]. And then apparently there is another former, [Redacted], who we'd like to try to arrange a call with (have heard he does expert calls from another analyst.
>
> Thanks,
>
> Aaron

---

**From:** Gary Merer <gary.merer@alphasights.com>
**Sent:** Friday, February 18, 2022 9:18 AM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** Dan Murphy <dan.murphy@alphasights.com>; Haylee Mevorah <haylee.mevorah@alphasights.com>
**Subject:** Re: New Project / AlphaSights

Hi Aaron,
We have four profiles below as an initial update. Please let me know if you'd be interested in connecting with them.

Full List of Profiles Here

[Redacted]
**Masimo - Former Director of Corporate Accounts**
Nov 2019 - Apr 2021
Masimo - Former Vice President, Sales
Jun 2013 - Aug 2017

- Former Director of Corporate Accounts at Masimo, a position he held until April 2021, following 15+ years of experience in the non-invasive patient monitoring space
- Former Vice President of Sales at Masimo from June 2013 to August 2017
- Responsible for overseeing national sales efforts for all product lines and can discuss their SET product, including pulse oximetry rainbow sensors, brain monitoring and respiratory monitors in detail, and later there continuous temperature monitoring device, which he notes monitors core rather than skin temperature, especially following COVID
- Able to discuss who is involved in the integration process, the implementation, service providers, teams, etc.; Mentioned that he can provide insight into the benefits and use cases of these devices vs. traditional medical devices (both disposable and non-disposable)

- Well-positioned to discuss key players, competitive dynamics, and industry trends seen across in the medical device connectivity field, especially pulse oximetry medical devices, including new innovation and technologies entering the field
- Able to discuss the general structure of Masimo and how they differentiate themselves as a competitor
- States Masimo's SET product is the global leader of pulse oximeters; Notes Medtronic, GE, and Phillips are top competitors in the pulse oximetry space

**Availability**

Timezone: United States/New York (EST, GMT-05:00)

Tue 22 Feb: 9:00AM - 3:00PM

Wed 23 Feb: 1:30PM - 2:30PM

Thu 24 Feb: 9:00AM - 11:00AM

Schedule

---

Redacted

### Georgia Anesthesiologists, PC - Anesthesiologist

Aug 2015 - Current

- Current Anesthesiologist at Georgia Anesthesiologists, LLC since August 2015
- Familiar with pulse oximetry science, including what they need to know to properly monitor their patients
- Uses pulse oximetry devices on every patient he sees to monitor their pulse and has been using Masimo's SET product since he started practicing anesthesiology
- Explains Georgia Anesthesiologists uses a broad scale of Mossimo products outside of pulse oximetry as well
- Notes Philips and GE monitors have integrated pulse oximeters attached to them, making it more convenient to use their devices
- Mentions Masimo's SET is the largest pulse oximetry product they carry that are separated from monitors
- Intimately familiar with all of Masimo's products, noting they are a reliable brand offering affordable prices
- Mentions he and 5 other anesthesiologists at the hospital are in charge of trialing new products and putting in reports/requests evaluating how they like using them
- Explains the type of pulse oximeter used on a patient does not matter, noting if the patient has cold fingers they typically will use Masimo's non-machine connected product

**Availability**

Timezone: United States/New York (EST, GMT-05:00)

Mon 21 Feb: 10:00AM - 5:00PM

Schedule

---

Redacted

### Masimo - Former Senior Vice President / Chief Hospital Officer

2014 - May 2017

- Former Senior Vice President and Chief of Hospital at Masimo Corporation, a position he held from October 2014 until June 2017
- Led hospital relations for a ~$600M medical device manufacturer recognized as the global leader in non-invasive pulse oximetry
- Intimately familiar with Masimo's SET product, noting he built relationships with hospital and health systems executives to incorporate the use of their product
- States Masimo's SET product is the leading global medical device used for pulse oximetry

POLITAN_0043990A

- Responsible for leading sales operations and strategy for remote patient monitoring devices through multiple channels, including payers (i.e.- Medicare, Medicaid, BCBS, etc.)
- Notes Medtronic and CAS Med were top competitors in the pulse oximetry device market

**Availability**

The expert has yet to confirm their available time slots for this specific project.
Upon clicking Request, Dan Murphy will follow up with the expert for their availability.

Request

---

Redacted

**Baxter Regional Medical Center - Chief Operations Officer**

Mar 2017 - Current

- Current Chief Operations Officer at Baxter Regional Medical Center, a role held since May 2017
- Responsible for overseeing all procurement of patient monitoring equipment for the 268-bed hospital
- Currently purchases patient monitoring equipment from Masimo, GE, Phillips, and Welch Allyn and notes that annual spend on Masimo is about $60K/year
- Adds that this includes responsibility for overseeing purchasing of pulse oximetry sensors and they purchase about 2,500 a year
- Notes that they have not seen much of an impact of COVID-19 on the purchasing of patient monitoring equipment as this is a critical need in the hospital so they have been keeping operations consistent

**Availability**

The expert has yet to confirm their available time slots for this specific project.
Upon clicking Request, Dan Murphy will follow up with the expert for their availability.

Request

---

View Our Services

Best,
Gary

**Gary Merer**
**Associate, Client Service**
T: +1 929-378-4664 • M: +1 914-588-8331 • LinkedIn

350 Madison Ave, 12th Floor, New York, NY 10017, United States

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

On Fri, Feb 18, 2022 at 8:39 AM Gary Merer <gary.merer@alphasights.com> wrote:

> Hi Aaron,
> Thanks for reaching out. I'm stepping in for Dan who's traveling this week. We'll take a look here now and pull some options together.

Best,
Gary

**Gary Merer**
**Associate, Client Service**
T: +1 929-378-4664 • M: +1 914-588-8331 • LinkedIn

350 Madison Ave, 12th Floor, New York, NY 10017, United States

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

On Fri, Feb 18, 2022 at 8:37 AM Aaron Kapito <akapito@politanmgmt.com> wrote:

> Hi Dan,
>
> In addition to the existing projects, where we are still interested in calls, would like to start looking for sources who could speak to the noninvasive monitoring technologies industry, specifically Pulse Oximetry.  The company we are looking at is Masimo (MASI).  And just looking to understand the industry, competition, strengths, weaknesses, etc, the basics.
>
> Thanks,
>
> Aaron
>
> NOTICE TO RECIPIENTS: This message may contain confidential, proprietary, or legally privileged information. No confidentiality or privilege is waived by any transmission to an unintended recipient. Delivery of this email or any of the information contained herein to anyone other than the recipient or his or her designated representative is unauthorized and any other use, reproduction, distribution or copying of this document or the information contained herein, in whole or in part, without the prior written consent of Politan Capital Management LP or its affiliates (collectively, "Politan Capital") is prohibited and may be unlawful. If you are not the intended recipient of this transmittal, you are hereby notified that you received this transmittal in error, and we request that you please delete and destroy all copies and attachments in your possession and notify the sender that you have received this communication in error. The information contained herein is the property of Politan Capital, prepared exclusively for its use. The information contained herein is not an advertisement and is not intended for public use or distribution. Politan Capital makes no representations or warranties, express or implied, with respect to the fairness, correctness, accuracy, reasonableness, or completeness of any of the information contained herein, and expressly disclaims any responsibility or liability therefor. The information presented herein should not be considered a recommendation to purchase or sell any particular security. Politan Capital is a service mark of Politan Capital Management LP, and is registered with the U.S. Patent and Trademark office. Politan Capital, a registered investment adviser with the U.S. Securities and Exchange Commission (the "SEC"), may archive and review outgoing and incoming email and may produce any email at the request of the SEC or other regulators.

POLITAN_0043992A