# EXHIBIT 5

Message

_____

| **From**: | Aaron Kapito [akapito@politanmgmt.com] |
|---|---|
| **Sent**: | 6/3/2022 10:08:39 AM |
| **To**: | Dan Murphy [dan.murphy@alphasights.com] |
| **CC**: | Haylee Mevorah [haylee.mevorah@alphasights.com] |
| **Subject**: | RE: New Project / AlphaSights |

Ok – I will speak with her but lets continue to look for someone who made a change decision.  Stanford is best bet as it is a recent one I'm aware of.

_____

**From:** Dan Murphy <dan.murphy@alphasights.com>
**Sent:** Friday, June 3, 2022 9:27 AM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** Haylee Mevorah <haylee.mevorah@alphasights.com>
**Subject:** Re: New Project / AlphaSights

Hi Aaron,

We've engaged one hospital contact who evaluated both Masimo and Medtronic in 2022 but hasn't yet implemented either :

Full List of Profiles Here [portal.alphasights.com]

Redacted  [portal.alphasights.com]
**Spire Cambridge Lea Hospital - Director of Clinical Operations [portal.alphasights.com]**
Oct 2017 - Current
Princess Grace Hospital - Former Chief Nursing Officer
Jan 2016 - Jun 2017
Geographic Knowledge: United Kingdom (UK)

- Current Director of Clinical Operations at Spire Cambridge Lea Hospital since October 2017
- Former Chief Nursing Officer at Princess Grace Hospital from January 2016 to June 2017
- Explains that she ran an evaluation for pulse oximeters for her hospital including Masimo and Medtronic in Q1 2022
- Highlights that the key considerations are ease of use for patients, wearability, monitoring equipment (where to connect it to), and ease of connection to the current IT systems
- Comments that the options evaluated are single-use as patients have short-stays at her hospital, but mentioned that there is a market for refurbished equipment in the UK that would mostly be used by the NHS for patients with chronic diseases as this would be more cost-effective

**Availability**
Timezone: United States/New York (EDT, GMT-04:00)
Mon 06 Jun: **10:00AM - 12:00PM** [portal.alphasights.com]
Tue 07 Jun: **10:00AM - 12:00PM** [portal.alphasights.com]
Schedule [portal.alphasights.com]

View Our Services [portal.alphasights.com]

Best,
Dan

On Thu, Jun 2, 2022 at 2:47 PM Dan Murphy <dan.murphy@alphasights.com> wrote:

Hi Aaron,

We'll take a look now and prioritize Stanford first as you mentioned.

POLITAN_0045613A

Best,
Dan

On Thu, Jun 2, 2022 at 2:45 PM Aaron Kapito <akapito@politanmgmt.com> wrote:

Hey Dan  -

For this topic, we are looking for a person who works at a hospital that recently converted from Nellcor/Medtronic pulse oximeters to Masimo pulse oximeters to be able to understand their rationale for doing so.  We know that the Stanford Hospital system is one that recently converted (during the pandemic).  Could we find such a person? I know this is probably not the easiest to locate.

---

**From:** Dan Murphy <dan.murphy@alphasights.com>
**Sent:** Thursday, May 12, 2022 2:24 PM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** Haylee Mevorah <haylee.mevorah@alphasights.com>
**Subject:** Re: New Project / AlphaSights

Hi Aaron,

I hope the call with Bronson was helpful. He recommended the following two experts to us after your call:

Full List of Profiles Here [portal.alphasights.com]

| Redacted [portal.alphasights.com] |
| --- |
| **Sound United - Former Manager, Global Media Communications [portal.alphasights.com]** |
| Nov 2019 - Oct 2021 |
| •    Former Manager, Global Media Communications at Sound United from November 2019 to October 2021 |
| •    Ran and operated the PR team including messaging for the brand, designing programs, and launching new products on a global scale |
| •    Reported to the Director of Commercial Excellence |
| •    Notes that key players in the consumer focused audio space include Sonos, Sony, and Samsung but that Sound United competes against many different players |
| •    Highlights that A/V receivers were the biggest revenue generating category for the company when he was there |
| •    Believes that partnerships between audio companies and home automation is a big opportunity in the market |
| •    Thinks that Masimo acquired Sound United because of its global supply chain footprint and manufacturing capabilities and that its HEOS product could be useful |
| **Availability** |
| The expert has yet to confirm their available time slots for this specific project. Upon clicking Request, Dan Murphy will follow up with the expert for their availability. |
| Request [portal.alphasights.com] |

| Redacted [portal.alphasights.com] |
| --- |
| **Sound United - Former Global Product Marketing Manager - AVR & Hi-Fi [portal.alphasights.com]** |
| Oct 2019 - May 2021 |

POLITAN_0045614A

Sound United - Former Brand Manager - Denon & Marantz

Jan 2019 - Oct 2019

- Former Global Product Marketing Manager - AVR & Hi-Fi at Sound United from October 2019 to May 2021

- Former Brand Manager - Denon & Marantz at Sound United from January 2019 to October 2019

- Responsible for product launches, go-to-market, and creative for AVR and Hi-Fi with a global focus

- Collaborated with the engineering and product management teams to understand the market and competitive analysis

- Helped expand AVR brand share from 38% to over 50%

- Names Yamaha as the biggest competitor and highlights that Sound United differentiated itself by using past legacy knowledge

- Notes that a large opportunity is reaching the younger demographic and that there are many challenges regarding the supply chain as a result of COVID and a large scale factory setting on fire that produced 60-75% of market chips

**Availability**

Timezone: United States/New York (EDT, GMT-04:00)

Thu 12 May: **3:00PM - 7:00PM** [portal.alphasights.com]

Fri 13 May: **1:00PM - 7:00PM** [portal.alphasights.com]

Schedule [portal.alphasights.com]

**View Our Services [portal.alphasights.com]**

Best,
Dan

On Thu, May 12, 2022 at 12:23 PM Dan Murphy <dan.murphy@alphasights.com> wrote:

Hey Aaron,

[ Redacted ] scheduled for 4:30 today) unfortunately has had a flight change and won't be available at that time. He's available earlier this afternoon or has time in the afternoon tomorrow. Is there an alternate window that would work for you?

**Full List of Profiles Here [portal.alphasights.com]**

[ Redacted ] [portal.alphasights.com]

**Sound United - Former Sr. Global Marketing Manager, eCommerce and Digital Marketing [portal.alphasights.com]**

Jan 2021 - Aug 2021

**Availability**

Timezone: United States/New York (EDT, GMT-04:00)

Thu 12 May: **1:30PM - 3:30PM** [portal.alphasights.com]

Fri 13 May: **1:30PM - 4:30PM** [portal.alphasights.com]

Schedule [portal.alphasights.com]

**View Our Services [portal.alphasights.com]**

Best,
Dan

POLITAN_0045615A

On Tue, May 10, 2022 at 7:21 PM Dan Murphy <dan.murphy@alphasights.com> wrote:

Hi Aaron,

Please let me know if one of the following windows would work for you to connect with [Redacted]. He left Medtronic in March:

Full List of Profiles Here [portal.alphasights.com]

**Redacted** [portal.alphasights.com]
**Medtronic - Former Director Of Business Development & Licensing, Patient Monitoring [portal.alphasights.com]**
Feb 2021 - Mar 2022
**Availability**
Timezone: United States/New York (EDT, GMT-04:00)
Fri 13 May: **10:30AM - 2:00PM** [portal.alphasights.com]
Schedule [portal.alphasights.com]

View Our Services [portal.alphasights.com]

Best,
Dan

On Tue, May 10, 2022 at 7:03 PM Dan Murphy <dan.murphy@alphasights.com> wrote:

Yes, we've been chasing him for his calendar but he's just taken on a new role so has been tricky. We'll follow up with him again now.

On Tue, May 10, 2022 at 6:52 PM Aaron Kapito <akapito@politanmgmt.com> wrote:

Still looking to schedule [Redacted] if he is available.

**From:** Aaron Kapito
**Sent:** Friday, May 6, 2022 10:12 AM
**To:** Dan Murphy <dan.murphy@alphasights.com>
**Cc:** Haylee Mevorah <haylee.mevorah@alphasights.com>
**Subject:** RE: New Project / AlphaSights

Thank you.  Too narrowly focused geographically.

Can we schedule for next week:
Requested: **Redacted**
Medtronic - Director Of Business Development & Licensing, Patient Monitoring
Feb 2021 - Current

POLITAN_0045616A

**From:** Dan Murphy <dan.murphy@alphasights.com>
**Sent:** Friday, May 6, 2022 10:10 AM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** Haylee Mevorah <haylee.mevorah@alphasights.com>
**Subject:** Re: New Project / AlphaSights

Hi Aaron,

We have a new Sound United expert to present below:

Full List of Profiles Here [portal.alphasights.com]

| Redacted | [portal.alphasights.com] |

**Sound United - Former Senior Manager, Marketing & Product - Asia Pacific, India & Middle East [portal.alphasights.com]**

Sep 2017 - Aug 2019

Sound United - Former Marketing Manager - Singapore & International Markets

Jan 2016 - Sep 2017

• Former Senior Manager, Marketing & Product - Asia Pacific, India & Middle East at Sound United from September 2017 to August 2019

• Former Marketing Manager - Singapore & International Markets at Sound United from January 2016 to September 2017

• Held P&L responsibility for a $40M marketing book of business

• Responsible for marketing and product communications as well as implementation strategy with a focus on the distributor market

• Managed 5-10 key accounts with resellers on a marketing level

• Highlights that Sound United could scale because it had so many different brands which gave retailers and resellers an entire portfolio

**Availability**

Timezone: United States/New York (EDT, GMT-04:00)

Mon 09 May: 6:00AM - 7:00AM [portal.alphasights.com]

Tue 10 May: 7:00AM - 8:00AM [portal.alphasights.com]

Wed 11 May: 5:00AM - 7:00AM [portal.alphasights.com]

Schedule [portal.alphasights.com]

View Our Services [portal.alphasights.com]

Best,
Dan

On Wed, May 4, 2022 at 1:16 PM Dan Murphy <dan.murphy@alphasights.com> wrote:

Hi Aaron,

We engaged a new Sound United former, Redacted . We also revetted Redacted on the financials question:

POLITAN_0045617A

Full List of Profiles Here [portal.alphasights.com]

**Redacted** [portal.alphasights.com]

**Sound United - Former Sr. Global Marketing Manager, eCommerce and Digital Marketing
[portal.alphasights.com]**

Jan 2021 - Aug 2021

- Former Sr. Global Marketing Manager, eCommerce and Digital Marketing at Sound United from January 2021 until August 2021, with over 3 years of experience at the company

- Noted strong experience in vendor management for manufacturing, design, marketing firms, and more and in locations from India, China, Australia, and US

- Discussed that Sound United is positioning itself well for the future of the audio space with the implementation of smart technology

- Well placed to discuss the marketing positioning of Sound United noting that they have 7 brands under their umbrella and are focused on the everyday/affordable space

- Has experience in product design, product marketing, forecasting, manufacturing, and more at Sound United

- **Very familiar with the Masimo acquisition and believes it can make sense due to the technology, sales distribution channels, production synergies, and lead to market time**

- **Can speak to the company's financial performance, noting that during COVID, numbers rose significantly, demand was higher than supply and the home theater industry was very popular**

**Availability**

Timezone: United States/New York (EDT, GMT-04:00)

Wed 04 May: 1:30PM - 2:30PM [portal.alphasights.com]

Thu 05 May: 1:00PM - 2:00PM [portal.alphasights.com]

Fri 06 May: 4:30PM - 5:30PM [portal.alphasights.com]

Schedule [portal.alphasights.com]

**Redacted** [portal.alphasights.com]

**Sound United - Former Senior Technical Program Manager [portal.alphasights.com]**

Feb 2018 - Oct 2021

- Former Senior Technical Program Manager at Sound United from February 2018 to October 2021

- Responsible for delivering software for Polk and Definitive Technology

- Supported beta testing for Denon Home product line

- Names Sonos, Bose, and Sony as competitors in the connected speaker space

- Highlights that Sound United differentiates itself with having a more reasonable price while having above price performance

- Notes that soundbar products were becoming more popular

- **Was not exposed to company financial performance but was exposed to the costs to build products**

**Availability**

Timezone: United States/New York (EDT, GMT-04:00)

Thu 05 May: 12:00PM - 1:00PM, 5:00PM - 6:00PM [portal.alphasights.com]

Fri 06 May: 12:00PM - 1:00PM, 2:00PM - 3:00PM [portal.alphasights.com]

Mon 09 May: 3:00PM - 8:00PM [portal.alphasights.com]

POLITAN_0045618A

Schedule [portal.alphasights.com]

View Our Services [portal.alphasights.com]

Best,
Dan

On Wed, May 4, 2022 at 12:46 PM Dan Murphy <dan.murphy@alphasights.com> wrote:

Sounds good, we'll keep updating you here.

On Wed, May 4, 2022 at 12:45 PM Aaron Kapito <akapito@politanmgmt.com> wrote:

Think his purview may be too narrow to get into the financial parts of the business.  Let's keep sourcing.

---

**From:** Dan Murphy <dan.murphy@alphasights.com>
**Sent:** Wednesday, May 4, 2022 11:37 AM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** Haylee Mevorah <haylee.mevorah@alphasights.com>
**Subject:** Re: New Project / AlphaSights

Hi Aaron,

Adding in a new Sound United former here:

Full List of Profiles Here [portal.alphasights.com]

**Redacted** [portal.alphasights.com]

**Sound United - Former Director of Industrial Design [portal.alphasights.com]**

Apr 2012 - Aug 2019

- Former Director of Industrial Design at Sound United from April 2012 to August 2019
- Managed product design and branding for Sound United's entire portfolio (9 brands), explaining that the company has been buying a lot of companies who are struggling and are consolidating those brands
- Mentioned that competitors include Amazon (Alexa), Google and Sonos
- Added that Sound United has a stronger position and better distribution relative to other competitors
- Mentioned that there has been an uptake in the premium market due to Covid as people were investing for their homes, but that the future industry trends are still uncertain

**Availability**

The expert has yet to confirm their available time slots for this specific project.
Upon clicking Request, Dan Murphy will follow up with the expert for their availability.

Request [portal.alphasights.com]

View Our Services [portal.alphasights.com]

POLITAN_0045619A

Best,

Dan

On Wed, May 4, 2022 at 10:27 AM Dan Murphy <dan.murphy@alphasights.com> wrote:

Sounds good - we have the one Sound United former, [Redacted] I sent you yesterday and expect we'll have additional experts for you.

On Wed, May 4, 2022 at 10:26 AM Aaron Kapito <akapito@politanmgmt.com> wrote:

Thanks Dan. I think I'd prefer someone from the SoundUnited side – trying to understand the business more than understanding the logic of the transaction.

**From:** Dan Murphy <dan.murphy@alphasights.com>
**Sent:** Wednesday, May 4, 2022 10:25 AM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** Haylee Mevorah <haylee.mevorah@alphasights.com>
**Subject:** Re: New Project / AlphaSights

Hi Aaron,

We also reconnected with a Masimo former to vet him on the Sound United acquisition:

**Full List of Profiles Here [portal.alphasights.com]**

**Redacted** [portal.alphasights.com]

**Masimo - Former Director Corporate Accounts/Distribution/Independent Sales Channel [portal.alphasights.com]**

Jan 2019 - Apr 2019

- Former Director Corporate Accounts, Distribution, and Independent Sales Channel at Masimo from January 2019 to April 2019, with 8.5 years of experience at the company

- Responsible for working with c-suite executives at health centers to help them improve their patient monitoring technologies and also work to reduce the cost of care

- **Mentions that he can speak to Masimo's primary motivations for acquiring Sound United, stating that there is no overlap in customers but that the company wanted to get into speakers and there is a desire to push the products to the consumer level**

- Given his seniority, he also worked on strategic initiatives at Masimo so he can thus speak to the goals and strategies of the company

- Very comfortable speaking to the overall landscape of patient monitoring technology and how the space is evolving, as well as room for innovation

**Availability**

The expert has yet to confirm their available time slots for this specific project.
Upon clicking Request, Dan Murphy will follow up with the expert for their availability.

Request [portal.alphasights.com]

View Our Services [portal.alphasights.com]

Best,

Dan

POLITAN_0045620A

On Tue, May 3, 2022 at 4:46 PM Dan Murphy <dan.murphy@alphasights.com> wrote:

Hi Aaron,

We just got off the phone with a 2021 Sound United former. He's familiar with the acquisition and available this week if you'd like to connect:

Full List of Profiles Here [portal.alphasights.com]

Redacted [portal.alphasights.com]

**Sound United - Former Sr. Global Marketing Manager, eCommerce and Digital Marketing [portal.alphasights.com]**

Jan 2021 - Aug 2021

- Former Sr. Global Marketing Manager, eCommerce and Digital Marketing at Sound United from January 2021 until August 2021, with over 3 years of experience at the company
- Noted strong experience in vendor management for manufacturing, design, marketing firms, and more and in locations from India, China, Australia, and US
- Discussed that Sound United is positioning itself well for the future of the audio space with the implementation of smart technology
- Well placed to discuss the marketing positioning of Sound United noting that they have 7 brands under their umbrella and are focused on the everyday/affordable space
- Has experience in product design, product marketing, forecasting, manufacturing, and more at Sound United
- **Very familiar with the Masimo acquisition and believes it can make sense due to the technology, sales distribution channels, production synergies, and lead to market time**

**Availability**

Timezone: United States/New York (EDT, GMT-04:00)

Wed 04 May: 1:30PM - 2:30PM [portal.alphasights.com]

Thu 05 May: 1:00PM - 2:00PM [portal.alphasights.com]

Fri 06 May: 4:30PM - 5:30PM [portal.alphasights.com]

Schedule [portal.alphasights.com]

View Our Services [portal.alphasights.com]

Best,
Dan

On Tue, May 3, 2022 at 4:20 PM Dan Murphy <dan.murphy@alphasights.com> wrote:

Yes sir - taking a look now.

On Tue, May 3, 2022 at 4:15 PM Aaron Kapito <akapito@politanmgmt.com> wrote:

Can we find some people who can discuss the company that MASI just bought – Sound United, it's a speaker business.

Best,

POLITAN_0045621A

Aaron

**From:** Gary Merer <gary.merer@alphasights.com>
**Sent:** Thursday, March 17, 2022 2:11 PM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** Dan Murphy <dan.murphy@alphasights.com>; Haylee Mevorah <haylee.mevorah@alphasights.com>
**Subject:** Re: New Project / AlphaSights

Hi Aaron,

We have one additional MASI perspective below:

Full List of Profiles Here [mailtrack.io]

Redacted [mailtrack.io]

**Masimo - Former Executive VP, Business Development** [mailtrack.io]
Dec 2014 - Apr 2017α 1.5 credits per hour
Masimo - Former Fellow
Apr 2017 - May 2019

- Former Executive Vice President of Business Development at Masimo from December 2014 to April 2017
- Former Fellow at Masimo from April 2017 to May 2019
- Reported to the CEO as Executive Vice President of Business Development and was responsible for global M&A, licensing strategic partnerships, and product/strategic marketing
- Reported to the COO as a consultant for Masimo for 2 years until May 2019 where he focused on strategic projects in product and market development
- Emphasizes that he can speak to the competitive dynamics and market share noting that Masimo competes in the low-acuity space but emphasizes that they partner with players in the mid/high-acuity space so can speak to the competitive dynamics and trends in those segments
- Mentions that most growth drivers are in the low-acuity space and that one growth opportunity is to extend monitoring outside of hospital environments
- States that the main competitor for pulse oximetry is Nellcor but Masimo differentiates itself with being more accurate under challenging conditions which leads to fewer false alarms

**Availability**
Timezone: United States/New York (EDT, GMT-04:00)
Thu 17 Mar: 3:00PM - 3:30PM [mailtrack.io]
Fri 18 Mar: 11:00AM - 12:00PM [mailtrack.io]
Schedule [mailtrack.io]

View Our Services [mailtrack.io]

Best,
Gary

**Gary Merer**
**Associate, Client Service**
T: +1 929-378-4664 · M: +1 914-588-8331 · LinkedIn [mailtrack.io]

POLITAN_0045622A

350 Madison Ave, 12th Floor, New York, NY 10017, United States

[mailtrack.io]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

On Thu, Mar 17, 2022 at 12:20 PM Gary Merer <gary.merer@alphasights.com> wrote:

Hi Aaron,

We've reached out to Mark regarding this project but have not yet heard back. We'll continue to chase him to try and set something up.

Best,
Gary

**Gary Merer**
**Associate, Client Service**
T: +1 929-378-4664 • M: +1 914-588-8331 • LinkedIn [linkedin.com]
350 Madison Ave, 12th Floor, New York, NY 10017, United States

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

On Thu, Mar 17, 2022 at 12:11 PM Aaron Kapito <akapito@politanmgmt.com> wrote:

Can we also look into: Mark P De Raad

**From:** Gary Merer <gary.merer@alphasights.com>
**Sent:** Thursday, March 17, 2022 12:02 PM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** Dan Murphy <dan.murphy@alphasights.com>; Haylee Mevorah <haylee.mevorah@alphasights.com>
**Subject:** Re: New Project / AlphaSights

Hi Aaron,

We have availability for [ Redacted ] below and a new profile to present.

POLITAN_0045623A

Full List of Profiles Here [portal.alphasights.com]

Redacted  [portal.alphasights.com]

**Masimo - Former Senior Vice President / Chief Hospital Officer** [portal.alphasights.com]

2014 - May 2017

**Availability**

Timezone: United States/New York (EDT, GMT-04:00)

Fri 18 Mar: 12:00PM - 3:00PM, 4:00PM - 7:00PM [portal.alphasights.com]

Schedule [portal.alphasights.com]

Redacted  [portal.alphasights.com]

**Medtronic - Director Of Business Development & Licensing, Patient Monitoring** [portal.alphasights.com]

Feb 2021 - Current

- Current Director Of Business Development & Licensing, Patient Monitoring at Medtronic since February 2021, with over 10 years of experience at Covidien and Medtronic

- Responsible for exploring external partnerships, new markets, licensing, M&A, and distribution for the patient monitoring unit on a global level

- Is familiar with Nellcor and looks for inorganic opportunities to support the business

- Notes that accuracy of products in more vulnerable patients such as pediatrics, neonatal, and the elderly creates differentiation in the space

- Names Masimo, Phillips, GE, Dräger, and Mindray as key competitors

- States that a key trend is around remote patient monitoring and providing more workflow support for clinicians and nurses

- Highlights that a challenge is getting hospitals to adopt more complex solutions for patient monitoring

**Availability**

Timezone: United States/New York (EDT, GMT-04:00)

Thu 17 Mar: 4:00PM - 6:00PM [portal.alphasights.com]

Fri 18 Mar: 3:00PM - 5:00PM [portal.alphasights.com]

Schedule [portal.alphasights.com]

View Our Services [portal.alphasights.com]

**Best,
Gary**

Gary Merer

**Associate, Client Service**
T: +1 929-378-4664 · M: +1 914-588-8331 · LinkedIn [linkedin.com]
350 Madison Ave, 12th Floor, New York, NY 10017, United States

[alphasights.com]

San Francisco · New York · London · Hamburg · Dubai · Hong Kong · Shanghai · Seoul · Tokyo

POLITAN_0045624A

The e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

On Thu, Mar 17, 2022 at 10:57 AM Gary Merer <gary.merer@alphasights.com> wrote:

Hi Aaron,

We have availability for Ryan Plambeck below:

Full List of Profiles Here [portal.alphasights.com]

Redacted RN, BSN [portal.alphasights.com]

**Masimo - Former Director, Corporate Accounts** [portal.alphasights.com]

Sep 2019 - Mar 2020

**Availability**

Timezone: United States/New York (EDT, GMT-04:00)

Fri 18 Mar: 10:00AM - 1:00PM, 3:00PM - 5:00PM [portal.alphasights.com]

Mon 21 Mar: 1:00PM - 7:00PM [portal.alphasights.com]

Tue 22 Mar: 12:00PM - 8:00PM [portal.alphasights.com]

Wed 23 Mar: 10:00AM - 12:00PM, 2:00PM - 4:00PM, 6:00PM - 8:00PM [portal.alphasights.com]

Schedule [portal.alphasights.com]

View Our Services [portal.alphasights.com]

Best,
Gary

**Gary Merer**
**Associate, Client Service**
T: +1 929-378-4664 • M: +1 914-588-8331 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

On Thu, Mar 17, 2022 at 10:04 AM Gary Merer <gary.merer@alphasights.com> wrote:

Hey Aaron,

I'm stepping in for Dan who's out the rest of the week.  We caught Redacted and Redacted voicemail but will follow up with their updated schedules as soon as possible.

POLITAN_0045625A

Thank you,
Gary

**Gary Merer**
**Associate, Client Service**
T: +1 929-378-4664 · M: +1 914-588-8331 · LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States

[alphasights.com]

San Francisco · New York · London · Hamburg · Dubai · Hong Kong · Shanghai · Seoul · Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

On Thu, Mar 17, 2022 at 9:34 AM Aaron Kapito <akapito@politanmgmt.com> wrote:

Can we schedule a call with [ **Redacted** ]  And then apparently there is another former, [ **Redacted** ], who we'd like to try to arrange a call with (have heard he does expert calls from another analyst.

Thanks,

Aaron

---

**From:** Gary Merer <gary.merer@alphasights.com>
**Sent:** Friday, February 18, 2022 9:18 AM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** Dan Murphy <dan.murphy@alphasights.com>; Haylee Mevorah <haylee.mevorah@alphasights.com>
**Subject:** Re: New Project / AlphaSights

Hi Aaron,
We have four profiles below as an initial update.  Please let me know if you'd be interested in connecting with them.

Full List of Profiles Here [portal.alphasights.com]

[ Redacted ] [portal.alphasights.com]
**Masimo - Former Director of Corporate Accounts** [portal.alphasights.com]
Nov 2019 - Apr 2021
Masimo - Former Vice President, Sales
Jun 2013 - Aug 2017

- Former Director of Corporate Accounts at Masimo, a position he held until April 2021, following 15+ years of experience in the non-invasive patient monitoring space
- Former Vice President of Sales at Masimo from June 2013 to August 2017

POLITAN_0045626A

- Responsible for overseeing national sales efforts for all product lines and can discuss their SET product, including pulse oximetry rainbow sensors, brain monitoring and respiratory monitors in detail, and later there continuous temperature monitoring device, which he notes monitors core rather than skin temperature, especially following COVID

- Able to discuss who is involved in the integration process, the implementation, service providers, teams, etc.; Mentioned that he can provide insight into the benefits and use cases of these devices vs. traditional medical devices (both disposable and non-disposable)

- Well-positioned to discuss key players, competitive dynamics, and industry trends seen across in the medical device connectivity field, especially pulse oximetry medical devices, including new innovation and technologies entering the field

- Able to discuss the general structure of Masimo and how they differentiate themselves as a competitor

- States Masimo's SET product is the global leader of pulse oximeters; Notes Medtronic, GE, and Phillips are top competitors in the pulse oximetry space

**Availability**

Timezone: United States/New York (EST, GMT-05:00)

Tue 22 Feb: <u>9:00AM - 3:00PM</u> [portal.alphasights.com]

Wed 23 Feb: <u>1:30PM - 2:30PM</u> [portal.alphasights.com]

Thu 24 Feb: <u>9:00AM - 11:00AM</u> [portal.alphasights.com]

<u>Schedule</u> [portal.alphasights.com]

---

**Redacted** [portal.alphasights.com]

**Georgia Anesthesiologists, PC - Anesthesiologist** [portal.alphasights.com]

Aug 2015 - Current

- Current Anesthesiologist at Georgia Anesthesiologists, LLC since August 2015

- Familiar with pulse oximetry science, including what they need to know to properly monitor their patients

- Uses pulse oximetry devices on every patient he sees to monitor their pulse and has been using Masimo's SET product since he started practicing anesthesiology

- Explains Georgia Anesthesiologists uses a broad scale of Mossimo products outside of pulse oximetry as well

- Notes Philips and GE monitors have integrated pulse oximeters attached to them, making it more convenient to use their devices

- Mentions Masimo's SET is the largest pulse oximetry product they carry that are separated from monitors

- Intimately familiar with all of Masimo's products, noting they are a reliable brand offering affordable prices

- Mentions he and 5 other anesthesiologists at the hospital are in charge of trialing new products and putting in reports/requests evaluating how they like using them

- Explains the type of pulse oximeter used on a patient does not matter, noting if the patient has cold fingers they typically will use Masimo's non-machine connected product

**Availability**

Timezone: United States/New York (EST, GMT-05:00)

Mon 21 Feb: <u>10:00AM - 5:00PM</u> [portal.alphasights.com]

<u>Schedule</u> [portal.alphasights.com]

---

**Redacted** [portal.alphasights.com]

POLITAN_0045627A

**Masimo - Former Senior Vice President / Chief Hospital Officer** [portal.alphasights.com]

2014 - May 2017

- Former Senior Vice President and Chief of Hospital at Masimo Corporation, a position he held from October 2014 until June 2017

- Led hospital relations for a ~$600M medical device manufacturer recognized as the global leader in non-invasive pulse oximetry

- Intimately familiar with Masimo's SET product, noting he built relationships with hospital and health systems executives to incorporate the use of their product

- States Masimo's SET product is the leading global medical device used for pulse oximetry

- Responsible for leading sales operations and strategy for remote patient monitoring devices through multiple channels, including payers (i.e.- Medicare, Medicaid, BCBS, etc.)

- Notes Medtronic and CAS Med were top competitors in the pulse oximetry device market

**Availability**

The expert has yet to confirm their available time slots for this specific project.
Upon clicking Request, Dan Murphy will follow up with the expert for their availability.

Request [portal.alphasights.com]

---

Redacted [portal.alphasights.com]

**Baxter Regional Medical Center - Chief Operations Officer** [portal.alphasights.com]

Mar 2017 - Current

- Current Chief Operations Officer at Baxter Regional Medical Center, a role held since May 2017

- Responsible for overseeing all procurement of patient monitoring equipment for the 268-bed hospital

- Currently purchases patient monitoring equipment from Masimo, GE, Phillips, and Welch Allyn and notes that annual spend on Masimo is about $60K/year

- Adds that this includes responsibility for overseeing purchasing of pulse oximetry sensors and they purchase about 2,500 a year

- Notes that they have not seen much of an impact of COVID-19 on the purchasing of patient monitoring equipment as this is a critical need in the hospital so they have been keeping operations consistent

**Availability**

The expert has yet to confirm their available time slots for this specific project.
Upon clicking Request, Dan Murphy will follow up with the expert for their availability.

Request [portal.alphasights.com]

---

View Our Services [portal.alphasights.com]

Best,
Gary

**Gary Merer**
**Associate, Client Service**
T: +1 929-378-4664 • M: +1 914-588-8331 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

POLITAN_0045628A

This e-mail message is intended only for the recipient identified in the address of the message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

On Fri, Feb 18, 2022 at 8:39 AM Gary Merer <gary.merer@alphasights.com> wrote:

Hi Aaron,
Thanks for reaching out.  I'm stepping in for Dan who's traveling this week.  We'll take a look here now and pull some options together.

Best,
Gary

**Gary Merer**
**Associate, Client Service**
T: +1 929-378-4664 • M: +1 914-588-8331 • LinkedIn [linkedin.com]
350 Madison Ave, 12th Floor, New York, NY 10017, United States

[alphasights.com]
San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of the message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

On Fri, Feb 18, 2022 at 8:37 AM Aaron Kapito <akapito@politanmgmt.com> wrote:

Hi Dan,

In addition to the existing projects, where we are still interested in calls, would like to start looking for sources who could speak to the noninvasive monitoring technologies industry, specifically Pulse Oximetry.  The company we are looking at is Masimo (MASI).  And just looking to understand the industry, competition, strengths, weaknesses, etc, the basics.

Thanks,

Aaron

NOTICE TO RECIPIENTS: This message may contain confidential, proprietary, or legally privileged information. No confidentiality or privilege is waived by any transmission to an unintended recipient. Delivery of this email or any of the information contained herein to anyone other than the recipient or his or her designated representative is unauthorized and any other use, reproduction, distribution or copying of this document or the information contained herein, in whole or in part, without the prior written consent of Politan Capital Management LP or its affiliates (collectively, "Politan Capital") is prohibited and may be unlawful. If you are not the intended recipient of this transmittal, you are hereby notified that you received this transmittal in

POLITAN_0045629A

error, and we request that you please delete and destroy all copies and attachments in your possession and notify the sender that you have received this communication in error. The information contained herein is the property of Politan Capital, prepared exclusively for its use. The information contained herein is not an advertisement and is not intended for public use or distribution. Politan Capital makes no representations or warranties, with respect to the fairness, correctness, accuracy, reasonableness, or completeness of any of the information contained herein, and expressly disclaims any responsibility or liability therefor. The information presented herein should not be considered a recommendation to purchase or sell any particular security. Politan Capital is a service mark of Politan Capital Management LP, and is registered with the U.S. Patent and Trademark office. Politan Capital, a registered investment adviser with the U.S. Securities and Exchange Commission (the "SEC"), may archive and review outgoing and incoming email and may produce any email at the request of the SEC or other regulators.

--

Dan Murphy
**Manager, Capital Markets**
T: +1 646-396-3518 • M: +1 203-807-3630 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States
[alphasights.com]

View our latest AlphaView transcript library here [alphasights.docsend.com]. We also offer Surveys [alphasights.docsend.com].

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of the message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

--

Dan Murphy
**Manager, Capital Markets**
T: +1 646-396-3518 • M: +1 203-807-3630 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States
[alphasights.com]

View our latest AlphaView transcript library here [alphasights.docsend.com]. We also offer Surveys [alphasights.docsend.com].

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

--

**Dan Murphy**
**Manager, Capital Markets**
T: +1 646-396-3518 • M: +1 203-807-3630 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States
[alphasights.com]

View our latest AlphaView transcript library here [alphasights.docsend.com]. We also offer Surveys [alphasights.docsend.com].

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

--

**Dan Murphy**
**Manager, Capital Markets**
T: +1 646-396-3518 • M: +1 203-807-3630 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States
[alphasights.com]

View our latest AlphaView transcript library here [alphasights.docsend.com]. We also offer Surveys [alphasights.docsend.com].

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

--

**Dan Murphy**
**Manager, Capital Markets**
T: +1 646-396-3518 • M: +1 203-807-3630 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States
[alphasights.com]

View our latest AlphaView transcript library here [alphasights.docsend.com]. We also offer Surveys [alphasights.docsend.com].

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

--

**Dan Murphy**
**Manager, Capital Markets**
T: +1 646-396-3518 • M: +1 203-807-3630 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States
[alphasights.com]

View our latest AlphaView transcript library here [alphasights.docsend.com]. We also offer Surveys [alphasights.docsend.com].

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

--

Dan Murphy
**Manager, Capital Markets**
T: +1 646-396-3518 • M: +1 203-807-3630 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States
[alphasights.com]

View our latest AlphaView transcript library here [alphasights.docsend.com]. We also offer Surveys [alphasights.docsend.com].

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

--

Dan Murphy
**Manager, Capital Markets**
T: +1 646-396-3518 • M: +1 203-807-3630 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States
[alphasights.com]

View our latest AlphaView transcript library here [alphasights.docsend.com]. We also offer Surveys [alphasights.docsend.com].

[alphasights.com]

San Francisco  •  New York  •  London  •  Hamburg  •  Dubai  •  Hong Kong  •  Shanghai  •  Seoul  •  Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

--

Dan Murphy
**Manager, Capital Markets**
T: +1 646-396-3518 • M: +1 203-807-3630 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States
[alphasights.com]

View our latest AlphaView transcript library here [alphasights.docsend.com]. We also offer Surveys [alphasights.docsend.com].

[alphasights.com]

San Francisco  •  New York  •  London  •  Hamburg  •  Dubai  •  Hong Kong  •  Shanghai  •  Seoul  •  Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

--

Dan Murphy
**Manager, Capital Markets**
T: +1 646-396-3518 • M: +1 203-807-3630 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States
[alphasights.com]

View our latest AlphaView transcript library here [alphasights.docsend.com]. We also offer Surveys [alphasights.docsend.com].

[alphasights.com]

San Francisco  •  New York  •  London  •  Hamburg  •  Dubai  •  Hong Kong  •  Shanghai  •  Seoul  •  Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is

prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete the message, and any attachments, from your system.

--

**Dan Murphy**
**Manager, Capital Markets**
T: +1 646-396-3518 • M: +1 203-807-3630 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States
[alphasights.com]

View our latest AlphaView transcript library here [alphasights.docsend.com]. We also offer Surveys [alphasights.docsend.com].

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete the message, and any attachments, from your system.

--

**Dan Murphy**
**Manager, Capital Markets**
T: +1 646-396-3518 • M: +1 203-807-3630 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States
[alphasights.com]

View our latest AlphaView transcript library here [alphasights.docsend.com]. We also offer Surveys [alphasights.docsend.com].

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete the message, and any attachments, from your system.

--

**Dan Murphy**
**Manager, Capital Markets**
T: +1 646-396-3518 • M: +1 203-807-3630 • LinkedIn [linkedin.com]
350 Madison Ave, 12th Floor, New York, NY 10017, United States
[alphasights.com]

View our latest AlphaView transcript library here [alphasights.docsend.com]. We also offer Surveys [alphasights.docsend.com].

POLITAN_0045634A

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

--

**Dan Murphy**
**Manager, Capital Markets**
T: +1 646-396-3518 • M: +1 203-807-3630 • LinkedIn [linkedin.com]
350 Madison Ave, 12th Floor, New York, NY 10017, United States
[alphasights.com]

View our latest AlphaView transcript library here [alphasights.docsend.com]. We also offer Surveys [alphasights.docsend.com].

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

POLITAN_0045635A