# EXHIBIT 26

Message

| | |
|---|---|
| **From**: | Aaron Kapito [akapito@politanmgmt.com] |
| **Sent**: | 10/2/2023 12:30:33 PM |
| **To**: | Haylee Mevorah [haylee.mevorah@alphasights.com] |
| **CC**: | Rachel Stanford [rachel.stanford@alphasights.com] |
| **Subject**: | RE: Masimo/Patient Monitoring Project |

Ok – we are really focused on what happened in 4Q22, 1Q23 and 2Q23 so a bit tough if they left before that.

---

**From:** Haylee Mevorah <haylee.mevorah@alphasights.com>
**Sent:** Monday, October 2, 2023 12:29 PM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** John Mckenna <JMcKenna@2912advisors.com>; Rachel Stanford <rachel.stanford@alphasights.com>
**Subject:** Re: Masimo/Patient Monitoring Project

Hi Aaron,

We just connected with a new former sales perspective who was focused on the wound therapies side of the business. We are prioritizing this angle and will update you with additional perspectives asap.

Full List of Profiles Here [portal.alphasights.com]

---

**Redacted** [portal.alphasights.com] | Masimo Formers

**Masimo - Former Director of Sales + Strategy — Wound Therapies**
Nov 2021 - Jul 2022
Secondary: Masimo - Former Director of Corporate Accounts - Jul 2021 - Nov 2021

**Relevant Experience**

- Former Director of Sales and Strategy, Wound Therapies at Masimo, a role held from November 2021 until July 2022
- Former Director of Corporate Accounts at Masimo, a role held from July 2021 until November 2021
- Reported to the VP of Sales and was responsible for the entire US
- Responsible for managing Masimo's wound therapy products, including their newer product Centroid, a wearable device placed on patients that wirelessly monitors and records all of their health data and sends notifications to their nurses and doctors
- Highlights that he was responsible for an ~$8M portfolio during his time at Masimo
- Names Smith & Nephew as a key competitor in the space, noting that Masimo was stronger than competitors when it came to IT connectivity

**Availability**

Timezone: United States/New York (EDT, GMT-04:00)
Monday 2 Oct:
4pm - 7pm [portal.alphasights.com]
Tuesday 3 Oct:
10am - 7pm [portal.alphasights.com]


Schedule [portal.alphasights.com] | View Full Profile [portal.alphasights.com]

View Our Services [portal.alphasights.com]

On Mon, Oct 2, 2023 at 12:17 PM Aaron Kapito <akapito@politanmgmt.com> wrote:

Hi Haylee – come across anyone else?

**From:** Haylee Mevorah <haylee.mevorah@alphasights.com>
**Sent:** Friday, September 29, 2023 3:25 PM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** John Mckenna <JMcKenna@2912advisors.com>; Rachel Stanford <rachel.stanford@alphasights.com>
**Subject:** Re: Masimo/Patient Monitoring Project

We don't currently have salespeople from less than 6 months. We can definitely launch a full custom recruitment effort to get the most recent experts from early 2023. Also including [Redacted] availability below:

Full List of Profiles Here [portal.alphasights.com]

[Redacted] [portal.alphasights.com] | Masimo Formers

**Masimo - Former Perioperative Area Sales Manager**

Oct 2021 - Jan 2023

**Availability**

Timezone: United States/New York (EDT, GMT-04:00)

Monday 2 Oct:

12pm - 4pm [portal.alphasights.com]

,

5pm - 7pm [portal.alphasights.com]

,

8pm - 9pm [portal.alphasights.com]

Tuesday 3 Oct:

12pm - 9pm [portal.alphasights.com]

Wednesday 4 Oct:

12pm - 9pm [portal.alphasights.com]

Thursday 5 Oct:

12pm - 7pm [portal.alphasights.com]



Schedule [ ]

View Full Profile [portal.alphasights.com [portal.alphasights.com]]

View Our Services [portal.alphasights.com]

On Fri, Sep 29, 2023 at 2:34 PM Aaron Kapito <akapito@politanmgmt.com> wrote:

Are there salespeople in the network who left less than 6 months ago?

**From:** Haylee Mevorah <haylee.mevorah@alphasights.com>
**Sent:** Friday, September 29, 2023 2:33 PM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** John Mckenna <JMcKenna@2912advisors.com>; Rachel Stanford <rachel.stanford@alphasights.com>
**Subject:** Re: Masimo/Patient Monitoring Project

Just to confirm, what window are you referring to? We can definitely prioritize early 2023 perspectives that are 6 months out.

Best,

Haylee

On Fri, Sep 29, 2023 at 1:58 PM Aaron Kapito <akapito@politanmgmt.com> wrote:

Understood on the Alphasights policy. First, are there any prospects that are within the window (as this is moot otherwise)?

**From:** Haylee Mevorah <haylee.mevorah@alphasights.com>
**Sent:** Friday, September 29, 2023 1:53 PM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** John Mckenna <JMcKenna@2912advisors.com>; Rachel Stanford <rachel.stanford@alphasights.com>
**Subject:** Re: Masimo/Patient Monitoring Project

Hi Aaron,

POLITAN_0007141A

Thanks for sending this in. The 6-month rule is an AlphaSights policy to protect clients and is in line with best practices for our industry. Saw the request come through for [Redacted] - will follow up with his availability and will focus on recent sales perspectives.

Best,

Haylee

On Fri, Sep 29, 2023 at 1:09 PM John McKenna <jmckenna@2912advisors.com> wrote:

I think 6 months is also an Alpha Sights rule.

**From:** Aaron Kapito <akapito@politanmgmt.com>
**Sent:** Friday, September 29, 2023 1:02 PM
**To:** Haylee Mevorah <haylee.mevorah@alphasights.com>
**Cc:** John McKenna <jmckenna@2912Advisors.com>
**Subject:** Masimo/Patient Monitoring Project

Hi Haylee,

I'd like to change the angle here and look to set up calls with former Masimo sales people – the more recent the departure the better. We are on the board of the company, so the 6 month rule should not apply for us here.

Thanks,

NOTICE TO RECIPIENTS: This message may contain confidential, proprietary, or legally privileged information. No confidentiality or privilege is waived by any transmission to an unintended recipient. Delivery of this email or any of the information contained herein to anyone other than the recipient or his or her designated representative is unauthorized and any other use, reproduction, distribution or copying of this document or the information contained herein, in whole or in part, without the prior written consent of Politan Capital Management LP or its affiliates (collectively, "Politan Capital") is prohibited and may be unlawful. If you are not the intended recipient of this transmittal, you are hereby notified that you received this transmittal in error, and we request that you please delete and destroy all copies and attachments in your possession and notify the sender that you have received this communication in error. The information contained herein is the property of Politan Capital, prepared exclusively for its use. The information contained herein is not an advertisement and is not intended for public use or distribution. Politan Capital makes no representations or warranties, express or implied, with respect to the fairness, correctness, accuracy, reasonableness, or completeness of any of the information contained herein, and expressly disclaims any responsibility or liability therefor. The information presented herein should not be considered a recommendation to purchase or sell any particular security. Politan Capital is a service mark of Politan Capital Management LP, and is registered with the U.S. Patent and Trademark office. Politan Capital, a registered investment adviser with the U.S. Securities and Exchange Commission (the "SEC"), may archive and review outgoing and incoming email and may produce any email at the request of the SEC or other regulators.

The information contained in this message, and in any accompanying documents, may be proprietary, confidential and/or privileged information and is intended only for the use of the addressee named above. If you are not the intended recipient of this e-mail, or a person who is responsible for delivering e-mails to such intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on this information, is strictly prohibited. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

--

**Haylee Mevorah**
**Associate, Client Service**
T: +1 646-893-4527 • M: +1 973-524-0855 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States

[alphasights.com]
San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

View our Privacy Policy. [alphasights.com] This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

--

**Haylee Mevorah**
**Associate, Client Service**
T: +1 646-893-4527 • M: +1 973-524-0855 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States

[alphasights.com]
San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

View our Privacy Policy. [alphasights.com] This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

--

**Haylee Mevorah**
**Associate, Client Service**
T: +1 646-893-4527 • M: +1 973-524-0855 • LinkedIn [linkedin.com]

350 Madison Ave, 12th Floor, New York, NY 10017, United States

[alphasights.com]
San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

View our Privacy Policy. [alphasights.com] This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.

--
Haylee Mevorah
**Associate, Client Service**
T: +1 646-893-4527 • M: +1 973-524-0855 • LinkedIn [linkedin.com]
350 Madison Ave, 12th Floor, New York, NY 10017, United States

[alphasights.com]

San Francisco • New York • London • Hamburg • Dubai • Hong Kong • Shanghai • Seoul • Tokyo

View our Privacy Policy. [alphasights.com] This e-mail message is intended only for the recipient identified in the address of this message. It may contain information that is confidential, privileged or subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system.