# EXHIBIT 29

Message
---

| | |
|---|---|
| **From**: | Aaron Kapito [akapito@politanmgmt.com] |
| **Sent**: | 10/17/2023 9:55:46 AM |
| **To**: | Ryan Driscoll [rdriscoll@mosaicrm.com] |
| **Subject**: | RE: New Project |

Awesome.

---

**From:** Ryan Driscoll <rdriscoll@mosaicrm.com>
**Sent:** Tuesday, October 17, 2023 9:55 AM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Subject:** Re: New Project

Hi Aaron - We have three former employees who departed in early 2023 reviewing our TCs. I followed up with all three this morning. Hope to have their bios to you ASAP.

---

Ryan Driscoll
Mosaic Research Management
rdriscoll@mosaicrm.com
Direct: +1-617-600-7911
www.mosaicrm.com [mosaicrm.com]
linkedin.com/in/ryan-driscoll-42083422 [linkedin.com]


On Tue, Oct 17, 2023 at 9:03 AM Aaron Kapito <akapito@politanmgmt.com> wrote:

Hi Ryan – just wanted to follow up on this one.

Thanks,

---

**From:** Aaron Kapito
**Sent:** Wednesday, October 4, 2023 1:46 PM
**To:** Ryan Driscoll <rdriscoll@mosaicrm.com>
**Subject:** New Project

Hey Ryan,

Hope all is well with you. I was looking to initiate a search for former Masimo employees (US Based) who specifically were employed at the company in 2023 - we are really focused on what happened in 4Q22, 1Q23 and 2Q23. We are on the board of the company, so have no rules pertaining to when employees left the company.


Aaron Kapito

/// Politan Capital Management

106 West 56th Street, 10th floor | New York, NY 10019
akapito@politanmgmt.com | O: 646-690-2831 | C: 551-265-9473

NOTICE TO RECIPIENTS: This message may contain confidential, proprietary, or legally privileged information. No confidentiality or privilege is waived by any transmission to an unintended recipient. Delivery of this email or any of the information contained herein to anyone other than the recipient or his or her designated representative is unauthorized and any other use, reproduction, distribution or copying of this document or the information contained herein, in whole or in part, without the prior written consent of Politan Capital Management LP or its affiliates (collectively, "Politan Capital") is prohibited and may be unlawful. If you are not the intended recipient of this transmittal, you are hereby notified that you received this transmittal in error, and we request that you please delete and destroy all copies and attachments in your possession and notify the sender that you have received this communication in error. The information contained herein is the property of Politan Capital, prepared exclusively for its use. The information contained herein is not an advertisement and is not intended for public use or distribution. Politan Capital makes no representations or warranties, express or implied, with respect to the fairness, correctness, accuracy, reasonableness, or completeness of any of the information contained herein, and expressly disclaims any responsibility or liability therefor. The information presented herein should not be considered a recommendation to purchase or sell any particular security. Politan Capital is a service mark of Politan Capital Management LP, and is registered with the U.S. Patent and Trademark office. Politan Capital, a registered investment adviser with the U.S. Securities and Exchange Commission (the "SEC"), may archive and review outgoing and incoming email and may produce any email at the request of the SEC or other regulators.

POLITAN_0007713A