# EXHIBIT 30

Message

---

**From**: Quentin Koffey [qkoffey@politanmgmt.com]
**Sent**: 10/18/2023 8:39:21 AM
**To**: Michael Palumbo [michael.palumbo@masimo.com]
**Subject**: Re: [Ext] Re: Masimo Internal Audit - Introduction

Hi Michael- It was great getting to know you as well. Thank you for the overview of IA and for the candid observations. I look forward to working together. Please never hesitate to reach out to me on anything.

All the best,

Quentin
917-572-5535


On Oct 12, 2023, at 6:14 PM, Michael Palumbo <michael.palumbo@masimo.com> wrote:

Hi Quentin – It was great getting to know you yesterday, and please feel free to reach out any time. I mentioned to Micah that we had talked (not about the content) and he was very happy that we met. He also encouraged us to keep meeting to give you an independent viewpoint and the help you acclimate to your AC Committee role.

Thanks again and have a great weekend!

Mike

**From:** Quentin Koffey <qkoffey@politanmgmt.com>
**Sent:** Wednesday, October 11, 2023 1:27 PM
**To:** Michael Palumbo <michael.palumbo@masimo.com>
**Subject:** Re: [Ext] Re: Masimo Internal Audit - Introduction

Hi Mike- Can I call you direct. The teams meeting crashed (I believe this time on my end).


On Oct 10, 2023, at 6:25 PM, Michael Palumbo <michael.palumbo@masimo.com> wrote:

Hello Quentin – Although tomorrow is an open conversation so you can get to know IA, I thought it would be helpful to pull a few historical slides together we can talk through for background.

Regards,
Mike

**From:** Quentin Koffey <qkoffey@politanmgmt.com>
**Sent:** Tuesday, October 10, 2023 4:17 AM
**To:** Michael Palumbo <michael.palumbo@masimo.com>
**Subject:** Re: [Ext] Re: Masimo Internal Audit - Introduction

POLITAN_0007754A

Looking forward to it. Thank you.

On Oct 10, 2023, at 12:46 AM, Michael Palumbo <michael.palumbo@masimo.com> wrote:

Hi Quentin,

I can definitely find a time on Wednesday and will send a Teams meeting invite.

My cell number is 310-990-9171 if you need to reach me for any reason.

Mike

Sent from my iPhone

On Oct 9, 2023, at 6:31 PM, Quentin Koffey <qkoffey@politanmgmt.com> wrote:

CAUTION with links and attachments.

Hi Michael,

Thank you for your email. Would sometime in the Wednesday 11am to 6pm ET window work for you?

Best regards,

Quentin

On Oct 9, 2023, at 9:01 PM, Michael Palumbo <michael.palumbo@masimo.com> wrote:

Hello Quentin – I mentioned at the last AC Meeting that I'd provide a high-level overview of Internal Audit and answer any questions you have. The next meeting is about a month away, so please let me know some times that work for you over the next couple weeks and I'll set up a Teams Meeting.

I hope all is well and looking forward to speaking with you.

Regards,
Mike

Michael Palumbo
Masimo | VP, Internal Audit
(949) 297-7355

*******************************************
CONFIDENTIALITY NOTICE

This e-mail communication may contain information that is proprietary, confidential and/or privileged from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that use, copying, dissemination or continued possession of this communication is strictly prohibited. If you have any reason to believe you are not the intended recipient of this e-mail, please notify us immediately by e-mail to postmaster@masimo.com, delete all copies of this e-mail from computer memory or storage and return all hard-copies via regular mail to Masimo, 52 Discovery, Irvine, California, U.S.A. 92618. Thank you.

---

NOTICE TO RECIPIENTS: This message may contain confidential, proprietary, or legally privileged information. No confidentiality or privilege is waived by any transmission to an unintended recipient. Delivery of this email or any of the information contained herein to anyone other than the recipient or his or her designated representative is unauthorized and any other use, reproduction, distribution or copying of this document or the information contained herein, in whole or in part, without the prior written consent of Politan Capital Management LP or its affiliates (collectively, "Politan Capital") is prohibited and may be unlawful. If you are not the intended recipient of this transmittal, you are hereby notified that you received this transmittal in error, and we request that you please delete and destroy all copies and attachments in your possession and notify the sender that you have received this communication in error. The information contained herein is the property of Politan Capital, prepared exclusively for its use. The information contained herein is not an advertisement and is not intended for public use or distribution. Politan Capital makes no representations or warranties, express or implied, with respect to the fairness, correctness, accuracy, reasonableness, or completeness of any of the information contained herein, and expressly disclaims any responsibility or liability therefor. The information presented herein should not be considered a recommendation to purchase or sell any particular security. Politan Capital is a service mark of Politan Capital Management LP, and is registered with the U.S. Patent and Trademark office. Politan Capital, a registered investment adviser with the U.S. Securities and Exchange Commission (the "SEC"), may archive and review outgoing and incoming email and may produce any email at the request of the SEC or other regulators.

<QK Onboarding Slides.pdf>