# EXHIBIT 31

Message
---

**From**: Aaron Kapito [akapito@politanmgmt.com]
**Sent**: 10/19/2023 7:13:49 PM
**To**: Ryan Driscoll [rdriscoll@mosaicrm.com]
**CC**: Compliance [Compliance@politanmgmt.com]
**Subject**: RE: Mosaic - Masimo (MASI) - New Contact

Yes!

**From:** Ryan Driscoll <rdriscoll@mosaicrm.com>
**Sent:** Thursday, October 19, 2023 7:04 PM
**To:** Aaron Kapito <akapito@politanmgmt.com>
**Cc:** Compliance <Compliance@politanmgmt.com>
**Subject:** Mosaic - Masimo (MASI) - New Contact

Aaron - Would you like to schedule a call with the expert below? Thanks!

Redacted

Expert Perspective: Former
Retired, Retired (5/2023 - Present)
**Territory Manager for Alternate Care, Great Lakes West, Masimo Corporation (6/2011 - 4/2023)**

**Expert Response:**
1. What were your responsibilities at Masimo Corporation?
- During the 12 years I was there, I was responsible for sales.

2. What products were you exposed to during your time at Masimo Corporation?
- Post Acute Care Devision, anything used in the Home Care settings , Long Term Care settings, every oximetry product, co2, spot check hemoglobin.

3. Who did you report to? How many layers removed from the C-suite were you?
- Area Manager, 3 levels from CEO.

4. If applicable, how large of a P&L and/or annual sales were you responsible for during your time at Masimo Corporation?
- $3.3 million

5. Are you still active in the industry? If so, please explain.
- Yes I still keep up to date with the industry with research.

6. On a scale of 1-5 (5 being the best), what is your ability to discuss what happened in 4Q22, 1Q23 and 2Q23?
- I left during the 2nd Quarter of 23', but I can speak to everything leading up to that point and what happened.

**Consulting Summary:**
- Expert was Territory Manager for Alternate Care, Great Lakes West at Masimo Corporation , where they were responsible for sales. Expert reported to the Area Manager (3 levels from CEO).
**- BILLING NOTES: Hourly rate: 1 credit**

**Availability in (GMT -5:00) Eastern Time (New York):**

10/30/2023: 10:00 AM - 11:00 AM
10/30/2023: 11:00 AM - 12:00 PM
10/30/2023: 01:00 PM - 02:00 PM
10/31/2023: 10:00 AM - 11:00 AM
10/31/2023: 01:00 PM - 02:00 PM

**Current Conflict Companies:**
N/A

---

You can also click here [mosaicrm.secure.force.com] any time, to see all the experts proposed for this project.

Ryan Driscoll
Mosaic Research Management
rdriscoll@mosaicrm.com
Direct: (617) 600-7911
www.mosaicrm.com
linkedin.com/in/ryan-driscoll-42083422