# EXHIBIT 64

**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 1 | Date Range: 3/22/2024 |

**Outline of Conversations**

💬   **Native Messages chat** [ **Redacted** ] **: [Quentin Koffey (quentin.koffey@gmail.com),Quentin Koffey** [ **Redacted** ] **,Rolf Classon** [ Redacted ] • 1 message on 3/22/2024 • Quentin Koffey [ **Redacted** ] • Quentin Koffey (quentin.koffey@gmail.com) • Rolf Classon [ **Redacted** ]

POLITAN_00900684A

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬    **Native Messages chat** ┆ Redacted ┆ **: [Quentin Koffey (quentin.koffey@gmail.com),Quentin Koffey** ┆ Redacted ┆ **Rolf Classon** ┆ Redacted ┆

QK    **Quentin Koffey** ┆ Redacted ┆             3/22/2024, 5:28 PM

I need to make a series of decisions promptly now. I appreciate your being available.

POLITAN_00900685A