UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   8:24-cv-01568-JVS(JDEx)                    Date: September 13, 2024

Title        Masimo Corporation v. Politan Capital Management LP et al

Present: The Honorable:   JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michele Johnson | Anne Conley |
| Jordan Cook | Bethany Kristovich |

**Proceedings:  Hearing Re Ex Parte Application [202]**

Cause is called and counsel make their appearances.   The Court confers with the parties.

As stated on the record, the Court finds Defendants Politan Capital Management, LP and Mr. Quentin Koffey in contempt of Court.  The Court sets a further hearing and Order to Show Cause as to why the Court should not impose sanctions on these Defendants for their contempt.  The hearing is set for October 9, 2024, at 4:00 p.m.  A separate Court order to follow.

|  | : | 37 |
|---|---|---|
| **Initials of Preparer** | eva | |