UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   8:24-cv-01568-JVS(JDEx)                                         Date: September 16, 2024

Title   Masimo Corporation v. Politan Capital Management LP et al

Present: The Honorable:   **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  [IN CHAMBERS] ORDER**

Masimo has filed a Supplemental Brief in Support of *Ex Parte Application* for an Order Finding Defendants in Contempt Seeking Additional Relief seeking relied beyond the original application (Docket No 202).  (Docket No. 226.)  Politan filed a Response to Plaintiff's Supplement Brief.  (Docket No. 227.)

The Court has entered its order on the original application.  (Docket No. 219)  In view of the efficient market in Masimo shares, which both parties acknowledged at the September 9, 2024, hearing the Court declines to grant further relief.

**It is so Ordered.**