JENNIFER L. KELLER (SBN 84412)
jkeller@kelleranderle.com
BENJAMIN R. BARRON (SBN 257094)
bbarron@kelleranderle.com
JEREMY W. STAMELMAN (SBN 216097)
jstamelman@kelleranderle.com
BRADLEY E. MARRETT (SBN 288079)
bmarrett@kelleranderle.com
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, California 92612
Telephone:  (949) 476-8700
Facsimile:   (949) 476-0900

Attorneys for Plaintiff,
MASIMO CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASIMO CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>POLITAN CAPITAL MANAGEMENT LP, et al.,<br><br>            Defendants. | Case No.  8:24-CV-1568-JVS-JDE<br><br>The Hon. James V. Selna<br><br>**DECLARATION OF BENJAMIN BARRON IN SUPPORT OF PLAINTIFF MASIMO CORPORATION'S OPPOSITION TO JOE KIANI'S MOTION TO FILE AMICUS BRIEF** |

I, BENJAMIN R. BARRON, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the United States District Court for the Central District of California. I am a partner in the law firm of Keller/Anderle LLP, counsel for Plaintiff Masimo Corporation in this matter. I have personal knowledge of the facts stated in this declaration; and, if called upon to do so, I would and could testify competently to those facts. This declaration is made in support of Plaintiff Masimo Corporation's Motion to Vacate Order.

2. On November 26, 2024, Joseph Kiani, through his counsel at Hueston Hennigan LLP, served discovery on Masimo Corporation in connection with *Kiani v. Masimo*, Case No. 30-2024-01426785-CU-MC-CJC (Cal. Super. Sept. 19, 2024). As a result, Masimo's discovery responses were due by December 26, 2024. I am not aware of any valid reason for Kiani's counsel to delay service of discovery until then, other than to seek an unfair advantage by timing the discovery to be due during the holidays. Kiani filed the complaint on September 19, 2024, and filed the current operative amended complaint on October 31, 2024.

3. On December 23, 2024, at approximately 3 p.m., I and my partner Jeremy Stamelman met and conferred with counsel from Hueston Hennigan regarding potential motion practice concerning that discovery. At no point during the conversation did Kiani's counsel mention that, later that evening, his firm would be filing the instant Motion and proposed *amicus* brief—nor to my knowledge have they otherwise sought to meet and confer with my firm on that motion.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on December 27, 2024, at Irvine, California.

*/s/ Benjamin R. Barron*
BENJAMIN R. BARRON

---

1

DECLARATION OF BENJAMIN BARRON IN SUPPORT OF PLAINTIFF MASIMO CORPORATION'S OPPOSITION TO JOE KIANI'S MOTION TO FILE AMICUS BRIEF