# DENIED
## BY ORDER OF THE COURT

Date: 12/30/2024
/s/ James V. Selna

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASIMO CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>POLITAN CAPITAL MANAGEMENT LP, ET AL.,<br><br>  Defendant. | Case No. 8:24-cv-01568-JVS-JDE<br><br>**ORDER DENYING MOTION OF JOSEPH E. KIANI FOR LEAVE TO FILE OVERLENGTH AMICUS BRIEF AND BE HEARD AS AMICUS CURIAE [284]**<br><br>Honorable James V. Selna<br>Courtroom: 10C |

1  The Court, having considered the Motion of Joseph E. Kiani For Leave to File Overlength Amicus Brief and Be Heard as Amicus Curiae, and good cause appearing,

IT IS HEREBY ORDERED as follows:

The Motion of Joseph E. Kiani For Leave to File Overlength Amicus Brief and Be Heard as Amicus Curiae (Dkt. No. __) is DENIED.  Mr. Kiani's Amicus Brief is deemed filed, and Mr. Kiani may appear as amicus curiae and be heard at the hearings regarding defendants' contempt of court and any sanctions related thereto on January 6, 2025 at 1:30 p.m. and February 3, 2025 at 1:30 p.m.

Dated: _____

**DENIED**

**BY ORDER OF THE COURT**

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE